IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
CIVIL ACTION NUMBER: 2:20-cv-1281-MBS

| | |
|---|---|
| Hudson Specialty Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>Locals Bar, LLC and William H. Lynch,<br><br>Defendants. | **STIPULATION OF DISMISSAL** |

Pursuant to Rule 41(a)(1)(ii) of the *Federal Rules of Civil Procedure* Plaintiff, by and through undersigned counsel, and with consent of Defendants, stipulates and agrees to dismiss all claims in the above-captioned action with prejudice. It is further stipulated that each party will bear their own costs.

| | |
|---|---|
| */s/ Robert E. Kneece III*<br>John S. Wilkerson, III, Fed. ID No.: 4657<br>Robert E. Kneece III, Fed. ID No.: 12351<br>Turner Padget<br>40 Calhoun Street, Suite 200 (29401)<br>P.O. Box 22129<br>Charleston, South Carolina 29413<br>Telephone: 843-576-2829<br>Facsimile: 843-577-1639<br>Email: jwilkerson@turnerpadget.com<br>         rkneece@turnerpadget.com<br><br>*Attorneys for Plaintiff* | */s/ Jay S. Masty*<br>Jay S. Masty, Fed. ID No.: 5129<br>Deluca and Maucher LLP<br>PO Box 9/102 Marilyn Street<br>Goose Creek, South Carolina 29445<br>Telephone: 843-572-1711<br>Email: jay@delucamaucher.com<br><br>*Attorneys for Defendant Local Bar, LLC*<br><br>*/s/ Jeff Buncher*<br>Jeff Buncher, Fed. ID No.: 11113<br>Jonathan F. Krell, Fed. ID No.: 7552<br>Uricchio Howe Krell Jacobson Toporek & Keith<br>P.O. Box 399<br>Charleston, South Carolina 29402<br>Telephone: 843-723-7491<br>Email: jeff@uricchio.com<br>         jonathan@uricchio.com<br>*Attorneys for Defendant William H. Lynch* |